UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:24-cv-01824-MG-MPB |
| DIR GROUP, LLC Clerk's Entry of Default entered on 12/10/2024 - Vacates 2/11/2025, | ) ) ) ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR NOVEMBER 20, 2025**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Status Conference. Defendants shall proceed promptly with providing any remaining discovery information to plaintiff for consideration. Discovery deadline is extended to **January 30, 2026**. Dispositive motion deadline is extended to **April 1, 2026**.

This matter is scheduled for a telephonic status conference on **Thursday, January 22, 2026 at 11:00 a.m. (Eastern)** to discuss case status. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 11/24/2025

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**<u>Distribution via ECF to all counsel of record</u>**

Case 1:24-cv-01824-MG-MPB    Document 32    Filed 11/24/25    Page 2 of 2 PageID #: 130