UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>DIR GROUP, LLC, an Indiana limited liability company,<br><br>Defendant. | Case No.: 1:24-cv-01824-MPB-MG |

**PLAINTIFFS' STATEMENT OF CLAIMS**

Plaintiffs, the INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, ("collectively, the "Trust Funds") and the CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS ("Union") (the Trust Funds and Union collectively referred to as "Plaintiffs"), by and through their attorneys, JOHNSON & KROL, LLC, and pursuant to the Case Management Plan entered by the Court on March 25, 2025, hereby submit their Statement of Claims they intend to prove at trial against Defendant DIR GROUP, LLC ("DIR Group") as follows:

**Plaintiffs' Statement of Their Case:**

This is an action brought on behalf of Plaintiffs under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq*., ("ERISA") and more particularly

under sections 502 and 515 of ERISA, 29 U.S.C. §§ 1132 and 1145, and Section 301 of the Labor-Management Relations Act, 1947, as amended, 29 U.S.C. §185 ("LMRA") to judicially enforce the statutory and contractual obligations owed and breached by Defendant DIR Group. Plaintiffs' Complaint contains one (1) count. Count I is a claim for breach of the Union's collective bargaining agreements ("CBAs"). Specifically, Plaintiffs seek to hold Defendant DIR Group liable for all unpaid contributions, wage deductions, liquidated damages, and interest due and owing to the Trust Funds and Union. Plaintiffs also seek to hold Defendant DIR Group liable for the audit fees associated with the payroll compliance audit of Defendant DIR Group, as well as Plaintiffs' attorneys' fees and costs.

**Relevant Facts:**

1. Plaintiff Union is a labor organization representing and acting on behalf of bargaining unit members in Indiana, Kentucky and Ohio.

2. Plaintiff Trust Funds provide benefits for employees and Union members working within this judicial district.

3. Through a Memorandum of Agreement, Defendant DIR Group agreed to be bound by the Union's CBAs and the Trust Funds' Agreements and Declarations of Trust ("Trust Agreements").

4. The CBA and Trust Agreements by which DIR Group has agreed to be bound provide, *inter alia*, that field audits of an employer's payroll and related records may be made by the Trust Funds to ensure that the appropriate employer contributions are made to the Trust Funds, and that liquidated damages and interest are charged for any untimely contributions.

5. The applicable CBAs and Trust Agreements further provide that the Trust Funds' costs incurred in collecting delinquent contributions, interest, and liquidated damages are to be paid by any employer that refuses to make such payment.

6. Pursuant to the CBAs, Trust Agreements, and the Trust Funds' Collection and Payroll Audit Policy ("Collections/Audit Policy"), the Trust Funds' payroll compliance auditor conducted an audit of DIR Group's books and records for the period of January 13, 2023, through December 31, 2023 (the "Audit").

7. The Audit revealed that DIR Group failed to pay Plaintiffs the aggregate amount of $104,940.98, itemized as follows:

| Type: | Amount: |
|---|---|
| Contributions owed to the Trust Funds | $67,947.63 |
| Contributions/Deductions owed to the Union | $12,590.88 |
| Liquidated Damages | $8,053.85 |
| Interest | $14,848.62 |
| Audit Fees | $1,500.00 |
| Total: | $104,940.98 |

8. DIR Group also failed to timely remit contributions and wage deductions to Plaintiffs for the months of August 2023, May 2024, and June 2024.

9. As a result of DIR Group's failure to timely remit contributions and wage deductions to Plaintiffs for the months of August 2023, May 2024, and June 2024, DIR Group owes the Plaintiffs interest in the aggregate amount of $1,145.09, itemized as follows:

| Month: | Type: | Amount: |
|---|---|---|
| May 2024 | Interest | $545.24 |
| June 2024 | Interest | $599.85 |
| | Total: | $1,145.09 |

10. Additionally, Plaintiffs are entitled to an award of their attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g)(2)(d).

Respectfully submitted,

**INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND** *et al.*

/s/ Adam Y. Decker
Adam Y. Decker (36407-53)
JOHNSON & KROL, LLC
11611 N. Meridian Street, Suite 310
Carmel, Indiana 46032
Phone: (317) 754-8720
Facsimile: (312) 255-0449
decker@johnsonkrol.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on December 22, 2025, a true and correct copy of **Plaintiffs' Statement of Claims** was served on Defendant's counsel of record via operation of the Court's CM/ECF system.

      /s/ Adam Y. Decker
      Adam Y. Decker (36407-53)
      *One of Plaintiffs' Attorneys*