UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIR GROUP, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:24-cv-01824-MG-MPB<br>)<br>)<br>)<br>)<br>) |

**MINUTE ENTRY FOR JANUARY 22, 2026**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference.

This matter is scheduled for a telephonic status conference on **Tuesday, May 12, 2026 at 2:00 p.m. (Eastern)** to discuss case status. Counsel to notify chambers in the event a resolution of some kind is reached prior to the next conference. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 1/22/2026

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.