**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

INDIANA STATE COUNCIL OF                )
CARPENTERS PENSION FUND *et al.*,        )
                                         )
                Plaintiffs,              )
                                         )
        vs.                              )        Case No.: 1:24-cv-01824-MPB-MG
                                         )
DIR GROUP, LLC, an Indiana limited liability )
company,                                 )
                                         )
                Defendant.               )

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

NOW COME the Plaintiffs, the INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND, ("collectively, the "Trust Funds") and the CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS ("Union") (the Trust Funds and Union collectively referred to as "Plaintiffs"), by and through their attorneys, JOHNSON & KROL, LLC, and move this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for Summary Judgment in favor of the Plaintiffs and against Defendant DIR GROUP, LLC ("DIR Group"), and in support states as follows:

1.      In their Complaint, Plaintiffs assert claims under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq*., ("ERISA") and more particularly under Sections 502 and 515 of ERISA, 29 U.S.C. §§ 1132 and 1145, and Section 301 of the

Page 1 of 4

Labor-Management Relations Act, 1947, as amended, 29 U.S.C. §185 ("LMRA") to judicially enforce the statutory and contractual obligations owed and breached by Defendant DIR Group. (Docket No. 1).

2.    Plaintiffs are filing their supporting brief and Statement of Material Facts Not in Dispute pursuant to S.D. Ind. L.R. 56-1(a) contemporaneously with this Motion.

3.    As set forth in Plaintiffs' supporting brief, summary judgment is appropriate because there is no genuine issue of material fact that Defendant DIR Group is contractually obligated to remit contributions and wage deductions to Plaintiffs and failed to do so for the period of January 13, 2023, through December 31, 2023. Moreover, there is no genuine issue of material fact that Defendant DIR Group owes interest for the months of May 2024 and June 2024 due to its failure to timely remit contributions and wage deductions to Plaintiffs.

4.    Summary judgment should therefore be granted as a matter of law in this case because there is no genuine issue of material fact that would preclude summary judgment in favor of Plaintiffs and against Defendant DIR Group.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court:

A.    Enter summary judgment in favor of Plaintiffs and against Defendant DIR Group in the aggregate amount of $93,567.89, itemized as follows:

    i.    $57,947.63 in contributions owed to the Trust Funds;

    ii.    $12,590.88 in contributions and deductions owed to the Union;

    iii.    $6,794.76 in liquidated damages;

    iv.    $14,734.62 in interest; and

    v.    $1,500.00 in audit fees.

B.      Grant Plaintiffs leave to petition the Court for their attorneys' fees and costs pursuant to

S.D. Ind. L.R. 54-1; and

C.      Grant Plaintiffs any other equitable relief that this Court deems to be just and equitable at

Defendant's cost.

Respectfully submitted,

**INDIANA STATE COUNCIL OF
CARPENTERS PENSION
FUND** *et al.*

/s/ Adam Y. Decker
Adam Y. Decker (36407-53)
JOHNSON & KROL, LLC
11611 N. Meridian Street, Suite 310
Carmel, Indiana 46032
Phone: (317) 754-8720
Facsimile: (312) 255-0449
decker@johnsonkrol.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 1, 2026, a true and correct copy of **Plaintiffs' Motion for Summary Judgment** was served on Defendant's counsel of record via operation of the Court's CM/ECF system.

/s/ Adam Y. Decker

Adam Y. Decker (36407-53)

*One of Plaintiffs' Attorneys*
