# EXHIBIT

# 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | Case No.: 1:24-cv-01824-MPB-MG |
| DIR GROUP, LLC, an Indiana limited liability company, | ) ) ) | |
| Defendant. | ) ) | |

**<u>DECLARATION OF MICHELLE ZIMMERMAN</u>**

I, Michelle Zimmerman, being first duly sworn upon oath, depose and state that I have personal knowledge of all facts hereinafter set forth and that, if sworn as a witness, I could competently testify thereto.

1. I hold the title of Partner at L.M. Henderson & Company, LLP ("LMH").

2. LMH completed a payroll compliance audit of DIR Group, LLC for the period of January 13, 2023, through December 31, 2023 (the "Audit"), on behalf of the Indiana State Council of Carpenters Pension Fund, the Indiana/Kentucky/Ohio Regional Council of Carpenters Defined Contribution Pension Fund, the Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund, the Indiana/Kentucky/Ohio Regional Council of Carpenters Joint Apprenticeship and Training Fund (collectively, the "Trust Funds"). A true and correct copy of the report issued by LMH related to the Audit is attached hereto as **<u>Exhibit A</u>**.

3. The Audit revealed that DIR Group, LLC failed to report 4,035.30 hours worked by its covered employees to the Trust Funds.

4.      Based on the unreported hours revealed by the Audit, DIR Group, LLC owes the Trust

Funds $67,947.63 in contributions, $6,794.76 in liquidated damages, and $13,589.53 in

interest. (**Exhibit A**).

5.      LMH's fee for performing the Audit was $1,500.00.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:

  3/26/2026
_____

Date

_____

Michelle Zimmerman

Page 2 of 2

EXHIBIT A

**Carpenters Payroll Audits**
**DIR Group, LLC**
**Discrepancy summary**
**January 13, 2023 - December 31, 2023**

| DESCRIPTION | H&W DUE | PENSION DUE | DEFINED CONTRIBUTION PENSION DUE | APPRENTICE DUE | TOTAL DUE |
|---|---|---|---|---|---|
| UNREPORTED HOURS | $ 37,511.87 | $ 21,851.54 | $ 4,456.27 | $ 3,147.55 | $ 66,967.23 |
| CONTRIBUTIONS NOT CORRECTLY REMITTED | - | | 980.40 | | 980.40 |
| | $ 37,511.87 | $ 21,851.54 | $ 5,436.67 | $ 3,147.55 | $ 67,947.63 |

| | |
|---|---|
| PRINCIPAL DUE | $ 67,947.63 |
| DAMAGES | 6,794.76 |
| INTEREST - 2023 | 13,589.53 |
| AUDIT FEES | 1,500.00 |
| | $ 89,831.92 |

Page 1 of 3

CMRCC 000001

EXHIBIT A

**Carpenters Payroll Audits**
**DIR Group, LLC**
**Discrepancy summary**
**January 13, 2023 - December 31, 2023**

| EMPLOYEE NAME | SSN #XXXX | REGION | MONTH | HOURS WORKED | HOURS PAID | H&W RATE | H&W DUE | PENSION RATE | PENSION DUE | DEFINED CONTRIBUTION PENSION RATE | DEFINED CONTRIBUTION PENSION DUE | APPRENTICE RATE | APPRENTICE DUE | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CENTENO, JAIRO | 7590 | CCIC | 3/1/2023 | 214.07 | 214.07 | $ 9.27 | $ 1,984.43 | $ 5.36 | $ 1,147.42 | $ 1.04 | $ 222.63 | $ 0.78 | $ 166.97 | $ 3,521.45 |
| CENTENO, JAIRO | 7590 | CCIC | 4/1/2023 | 43.00 | 44.50 | 9.27 | 398.61 | 5.36 | 230.48 | 1.04 | 46.28 | 0.78 | 33.54 | 708.91 |
| CENTENO, JAIRO | 7590 | CCIC | 5/1/2023 | 193.00 | 209.50 | 9.27 | 1,789.11 | 5.36 | 1,034.48 | 1.04 | 217.88 | 0.78 | 150.54 | 3,192.01 |
| CENTENO, JAIRO | 7590 | CCIC | 6/1/2023 | 66.75 | 80.13 | 9.35 | 624.11 | 5.53 | 369.13 | 1.14 | 91.34 | 0.78 | 52.07 | 1,136.65 |
| CENTENO, JAIRO | 7590 | CCIC | 7/1/2023 | 29.00 | 33.50 | 9.35 | 271.15 | 5.53 | 160.37 | 1.14 | 38.19 | 0.78 | 22.62 | 492.33 |
| CENTENO, JAIRO | 7590 | CCIC | 8/1/2023 | 164.25 | 170.38 | 9.35 | 1,535.74 | 5.53 | 908.30 | 1.14 | 194.23 | 0.78 | 128.12 | 2,766.39 |
| CENTENO, JAIRO | 7590 | CCIC | 9/1/2023 | 190.50 | 199.25 | 9.35 | 1,781.18 | 5.53 | 1,053.47 | 1.14 | 227.15 | 0.78 | 148.59 | 3,210.39 |
| | | | | 900.57 | 951.33 | | 8,384.33 | | 4,903.65 | | 1,037.70 | | 702.45 | 15,028.13 |
| ESCOBAR, JOSE | 4868 | CCIC | 3/1/2023 | 188.50 | 188.50 | 9.27 | 1,747.40 | 5.36 | 1,010.36 | 1.04 | 196.04 | 0.78 | 147.03 | 3,100.83 |
| ESCOBAR, JOSE | 4868 | CCIC | 4/1/2023 | 31.50 | 31.50 | 9.27 | 292.01 | 5.36 | 168.84 | 1.04 | 32.76 | 0.78 | 24.57 | 518.18 |
| ESCOBAR, JOSE | 4868 | CCIC | 5/1/2023 | 179.00 | 188.50 | 9.27 | 1,659.33 | 5.36 | 959.44 | 1.04 | 196.04 | 0.78 | 139.62 | 2,954.43 |
| ESCOBAR, JOSE | 4868 | CCIC | 6/1/2023 | 96.00 | 124.00 | 9.35 | 897.60 | 5.53 | 530.88 | 1.14 | 141.36 | 0.78 | 74.88 | 1,644.72 |
| ESCOBAR, JOSE | 4868 | CCIC | 7/1/2023 | 21.00 | 21.50 | 9.35 | 196.35 | 5.53 | 116.13 | 1.14 | 24.51 | 0.78 | 16.38 | 353.37 |
| ESCOBAR, JOSE | 4868 | CCIC | 8/1/2023 | 162.50 | 168.25 | 9.35 | 1,519.38 | 5.53 | 898.63 | 1.14 | 191.81 | 0.78 | 126.75 | 2,736.57 |
| ESCOBAR, JOSE | 4868 | CCIC | 9/1/2023 | 171.00 | 171.75 | 9.35 | 1,598.85 | 5.53 | 945.63 | 1.14 | 195.80 | 0.78 | 133.38 | 2,873.66 |
| | | | | 849.50 | 894.00 | | 7,910.92 | | 4,629.91 | | 978.32 | | 662.61 | 14,181.76 |
| PATINO, CRISTIAN | 8252 | CCIC | 3/1/2023 | 123.33 | 123.33 | 9.27 | 1,143.27 | 5.36 | 661.05 | 1.04 | 128.26 | 0.78 | 96.20 | 2,028.78 |
| PATINO, CRISTIAN | 8252 | CCIC | 4/1/2023 | 45.00 | 47.50 | 9.27 | 417.15 | 5.36 | 241.20 | 1.04 | 49.40 | 0.78 | 35.10 | 742.85 |
| PATINO, CRISTIAN | 8252 | CCIC | 5/1/2023 | 178.00 | 187.00 | 9.27 | 1,650.06 | 5.36 | 954.08 | 1.04 | 194.48 | 0.78 | 138.84 | 2,937.46 |
| PATINO, CRISTIAN | 8252 | CCIC | 6/1/2023 | 81.00 | 83.50 | 9.35 | 757.35 | 5.53 | 447.93 | 1.14 | 95.19 | 0.78 | 63.18 | 1,363.65 |
| PATINO, CRISTIAN | 8252 | CCIC | 7/1/2023 | 5.00 | 5.50 | 9.35 | 46.75 | 5.53 | 27.65 | 1.14 | 6.27 | 0.78 | 3.90 | 84.57 |
| PATINO, CRISTIAN | 8252 | CCIC | 8/1/2023 | 126.00 | 126.00 | 9.35 | 1,178.10 | 5.53 | 696.78 | 1.14 | 143.64 | 0.78 | 98.28 | 2,116.80 |
| PATINO, CRISTIAN | 8252 | CCIC | 9/1/2023 | 194.75 | 201.38 | 9.35 | 1,820.91 | 5.53 | 1,076.97 | 1.14 | 229.57 | 0.78 | 151.91 | 3,279.36 |
| | | | | 753.08 | 774.21 | | 7,013.59 | | 4,105.66 | | 846.81 | | 587.41 | 12,553.47 |
| Ⓐ HISTORICAL CHECKS | | CCIC | 2/1/2023 | 1,532.15 | 1,532.15 | 9.27 | 14,203.03 | 5.36 | 8,212.32 | 1.04 | 1,593.44 | 0.78 | 1,195.08 | 25,203.87 |
| | | | | 1,532.15 | 1,532.15 | | 14,203.03 | | 8,212.32 | | 1,593.44 | | 1,195.08 | 25,203.87 |
| | | | | 4,035.30 | 4,151.69 | | $ 37,511.87 | | $ 21,851.54 | | $ 4,456.27 | | $ 3,147.55 | $ 66,967.23 |

Ⓐ *COMPANY HAS PAYROLL TO "HISTORICAL CHECKS" WHICH IS ASSUMED TO BE HOURS WORKED BETWEEN JANUARY AND FEBRUARY AND PAID IN CASH, AS THESE AMOUNTS ARE NOT INCLUDED ON THE W2'S. USED THE AVERAGE RATE OF PAY OF 1ST YEAR APPRENTICE AND LOWEST JOURNEYMAN'S WAGES TO CALCULATE THE NUMBER OF UNREPORTED HOURS.  WE ARE UNABLE TO ALLOCATE TO ANY INDIVIDUAL EMPLOYEE.*

CMRCC 000002

EXHIBIT A

**Carpenters Payroll Audits**
**DIR Group, LLC**
**Discrepancy summary**
**January 13, 2023 - December 31, 2023**

| | | | | | | | DEFINED CONTRIBUTION PENSION | | | |
| REGION | EMPLOYEE NAME | SSN #XXXX | PERIOD | HOURS WORKED | HOURS PAID | RATE | AMOUNT DUE | AMOUNT PAID | DIFFERENCE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CCIC | CENTENO, JAIRO | 7590 | Jun-23 | 160.00 | 160.00 | $ 1.14 | $ 182.40 | $ - | $ 182.40 | $ 182.40 |
| CCIC | CENTENO, JAIRO | 7590 | Jul-23 | 140.00 | 140.00 | 1.14 | 159.60 | - | 159.60 | 159.60 |
| CCIC | ESCOBAR, JOSE | 4868 | Jun-23 | 160.00 | 160.00 | 1.14 | 182.40 | - | 182.40 | 182.40 |
| CCIC | ESCOBAR, JOSE | 4868 | Jul-23 | 140.00 | 140.00 | 1.14 | 159.60 | - | 159.60 | 159.60 |
| CCIC | PATINO, CRISTIAN | 8252 | Jun-23 | 120.00 | 120.00 | 1.14 | 136.80 | - | 136.80 | 136.80 |
| CCIC | PATINO, CRISTIAN | 8252 | Jul-23 | 140.00 | 140.00 | 1.14 | 159.60 | - | 159.60 | 159.60 |
| | | | | 860.00 | 860.00 | | $ 980.40 | $ - | $ 980.40 | $ 980.40 |

COMPANY REPORTED NO HOURS IN "HOURS PAID" ON CONTRIBUTION REPORT, THEREFORE ZERO DEFINED CONTRIBUTION PENSION CONTRIBUTION WAS COMPUTED/PAID.

CMRCC 000003