**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.: 1:24-cv-01824-MPB-MG |
| DIR GROUP, LLC, an Indiana limited liability company, | ) ) ) ) | |
| Defendant. | ) ) | |

**PLAINTIFFS' FINAL WITNESS AND EXHIBIT LISTS**

NOW COME the Plaintiffs, the INDIANA STATE COUNCIL OF CARPENTERS PENSION FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND (collectively, the "Trust Funds"), and CENTRAL MIDWEST REGIONAL COUNCIL OF CARPENTERS ("Union") (the Trust Funds and Union referred to as "Plaintiffs"), by and through their attorneys, JOHNSON & KROL, LLC, and pursuant to the Court's Case Management Plan, hereby tender their final list of witnesses and exhibits as follows:

**FINAL WITNESS LIST**

Plaintiffs may call the following individuals as a witness to prove their claims against Defendant DIR GROUP, LLC ("DIR Group") at the trial of this matter:

1.     Amanda Hall
Collections/Unallocated Supervisor / BeneSys, Inc.

Ms. Hall is an employee of BeneSys, Inc. and the Collections/Unallocated Supervisor for the Trust Funds. Ms. Hall is expected to testify as to the Trust Funds' operation and

administration, the contribution reports and payment history of DIR Group, the amounts owed to the Trust Funds and Union by DIR Group, and the bond payment received from Philadelphia Indemnity Insurance Company.

2.      Michelle Zimmerman
        Partner / L.M. Henderson & Company, LLP

        Ms. Zimmerman is a partner at the auditing firm of L.M. Henderson & Company, LLP. At the request of the Trust Funds, Ms. Zimmerman's firm conducted an audit of DIR Group. Ms. Zimmerman is expected to testify as to the performance of the payroll compliance audit of DIR Group, the corresponding audit findings, and the audit fees billed to the Trust Funds for conducting the audit.

3.      Derek Dodd
        Director of Indiana / Central Midwest Regional Council of Carpenters

        As the Director of Indiana for the Union, Mr. Dodd is expected to testify as to DIR Group's obligations and liabilities to Plaintiffs, including DIR Group's work performed within the trade and territorial jurisdiction of the Union.

4.      Andrew Tropp
        Assistant Director of Indiana / Central Midwest Regional Council of Carpenters

        As the Assistant Director of Indiana for the Union, Mr. Tropp is expected to testify as to DIR Group's obligations and liabilities to Plaintiffs, including DIR Group's work performed within the trade and territorial jurisdiction of the Union.

5.      Pedro Llerena
        President / DIR Group, LLC

        As President of DIR Group, Mr. Llerena is expected to testify as to the operations of DIR Group, work performed by DIR Group, and the various agreements signed by DIR Group.

6.      Jairo Centeno
        Employee of DIR Group, LLC

        The Trust Funds' payroll compliance audit of DIR Group identified contribution deficiencies related to Mr. Centeno. Mr. Centeno is expected to testify as to the work he performed for DIR Group during the audit period.

7.      Jose Escobar
        Employee of DIR Group, LLC
        The Trust Funds' payroll compliance audit of DIR Group identified contribution deficiencies related to Mr. Escobar. Mr. Escobar is expected to testify as to the work he performed for DIR Group during the audit period.

8.      Cristian Patino
        Employee of DIR Group, LLC

The Trust Funds' payroll compliance audit of DIR Group identified contribution deficiencies related to Mr. Patino. Mr. Patino is expected to testify as to the work he performed for DIR Group during the audit period.

### FINAL EXHIBIT LIST

The following documents, electronically stored information, and tangible things are in the possession, custody, or control of Plaintiffs and may be used by Plaintiffs to support their claims at trial.

1.      Memorandum of Agreement between DIR Group and the Union (attached to Plaintiffs' Complaint as Exhibit 1)

2.      Payroll compliance audit report for audit conducted on DIR Group for the period of January 13, 2023, through December 31, 2023 (Bates CMRCC 000001-000003)

3.      Agreement and Declaration of Trust of the Indiana Council of Carpenters Pension Fund (as amended) (Bates CMRCC 000004-000056)

4.      Agreement and Declaration of Trust of the Indiana/Kentucky/Ohio Regional Council of Carpenters Defined Contribution Pension Fund (Bates CMRCC 000057-000071)

5.      Agreement and Declaration of Trust of the Indiana/Kentucky/Ohio Regional Council of Carpenters Welfare Fund (Bates CMRCC 000072-000095)

6.      Agreement and Declaration of Trust of the Indiana/Kentucky/Ohio Regional Council of Carpenters Joint Apprenticeship and Training Fund (Bates CMRCC 000096-000119)

7.      Collections and Payroll Audit Policy established by the Trust Funds (Bates CMRCC 000120-000125)

8.      Collective Bargaining Agreement between the AGC of Indiana, Inc. and the Union effective June 1, 2022, through May 31, 2025 (Bates CMRCC 000126-000165)

9.      Zone 1 Central Indiana Commercial Wage & Benefit Rates effective June 1, 2022 – May 31, 2024 (Bates CMRCC 000166-000167)

10.     Itemization of contributions and deductions owed to the Union (Bates CMRCC 000168)

Respectfully submitted,

**INDIANA STATE COUNCIL OF
CARPENTERS PENSION
FUND** *et al.*

/s/ Adam Y. Decker
Adam Y. Decker (36407-53)
JOHNSON & KROL, LLC
11611 N. Meridian Street, Suite 310
Carmel, Indiana 46032
Phone: (317) 754-8720
Facsimile: (312) 255-0449
decker@johnsonkrol.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on April 17, 2026, a copy of **Plaintiffs' Final Witness and Exhibit Lists** was served on Defendant's counsel of record via operation of the Court's CM/ECF filing system.

/s/ Adam Y. Decker
Adam Y. Decker (36407-53)
*One of Plaintiffs' Attorneys*