AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| IN State Council of Carpenters Pension Fund et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-01824-MPB-MG |
| DIR Group, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.                                                                                                            .

Date:        05/05/2026                                        /s/ Elishua J. Burca
                                                                                       *Attorney's signature*

                                                                         Elishua J. Burca (39634-49)
                                                                         *Printed name and bar number*
                                                                            Johnson & Krol, LLC
                                                                    11611 N. Meridian St., Suite 310
                                                                        Carmel, Indiana 46032

                                                                                            *Address*

                                                                         burca@johnsonkrol.com
                                                                                     *E-mail address*

                                                                               (317) 864-3587
                                                                                *Telephone number*

                                                                               (312) 255-0449
                                                                                     *FAX number*